No. 21-1653

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ALLERGAN LIMITED, ALLERGAN, INC. AND MEDYTOX, INC.,

Petitioners-Appellants,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION,

Respondent-Appellee.

ON APPEAL FROM THE UNITED STATES INTERNATIONAL TRADE
COMMISSION,
INVESTIGATION NO. 337-TA-1145

## APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
## OPPOSITION TO EMERGENCY MOTION FOR INTERIM STAY AND
## PARTIAL OPPOSITION TO EMERGENCY MOTION TO INTERVENE
## OUT OF TIME

Mark A. Perry
Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
T: (202) 955-8541
AllerganITC3359@gibsondunn.com

Jeffrey T. Thomas
Joshua A. Jessen
Jennifer J. Rho
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
T: (949) 551-3967
AllerganITC3359@gibsondunn.com

*Counsel for Allergan Limited and
Allergan, Inc.*

Michael Sitzman
DLA PIPER LLP
555 Mission Street,
Suite 2400
San Francisco, CA 94105-2933
T: (415) 615-6175
michael.sitzman@us.dla
piper.com

*Counsel for Allergan Limited
and Allergan, Inc.*

David H. Herrington
Joon H. Kim
Arminda B. Bepko
Charity E. Lee
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
T: (212) 225-2000
Team-ITC-Medytox-1145@cgsh.com

Nowell D. Bamberger
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
T: (202) 974-1500
Team-ITC-Medytox-1145@cgsh.com

*Counsel for Medytox, Inc.*

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 21-1653 |
| **Short Case Caption** | Allergan Limited v. ITC |
| **Filing Party/Entity** | Allergan Limited and Allergan, Inc. |

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/15/2021

Signature:  /s/ Jeffrey T. Thomas

Name:  Jeffrey T. Thomas

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Allergan Limited | | indirect subsidiary of AbbVie Inc. |
| Allergan, Inc. | | indirect subsidiary of AbbVie Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable          ☑     Additional pages attached

| | | |
|---|---|---|
| Gibson, Dunn & Crutcher LLP | | |
| DLA Piper LLP | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# CERTIFICATE OF INTEREST

**4. Legal Representatives**: List all law firms, partners, and associates that (a)

appeared for the entities in the originating court or agency or (b) are expected to

appear in this court for the entities.  Do not include those who have already entered

an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

**<u>Counsel for Allergan Limited and Allergan, Inc.</u>**

**Gibson, Dunn & Crutcher LLP**
Jeffrey T. Thomas
Nathan R. Curtis
Mark A. Perry
Joshua A. Jessen
Brian M. Buroker
Jennifer J. Rho
Haley S. Morrison
Soolean Choy

**DLA Piper LLP**
Michael Sitzman

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 21-1653 |
| **Short Case Caption** | Allergan Limited v. ITC |
| **Filing Party/Entity** | Medytox, Inc. |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/15/2021

Signature: /s/ David H. Herrington

Name: David H. Herrington

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Medytox, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable          ☒     Additional pages attached

| | | |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | | |
| Law Office of Spence T. Chubb | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☒     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF INTEREST

**4. Legal Representatives**: List all law firms, partners, and associates that (a)

appeared for the entities in the originating court or agency or (b) are expected to

appear in this court for the entities.  Do not include those who have already entered

an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

**<u>Counsel for Medytox, Inc.</u>**
**Cleary Gottlieb Steen & Hamilton LLP:**
David H. Herrington
Nowell D. Bamberger
Joon H. Kim
Arminda B. Bepko
Charity E. Lee
Timothy Leech
Adam Motiwala
Hoori Kim

**Law Office of Spence T. Chubb:**
Spence T. Chubb

Appellants Allergan Limited, Allergan, Inc. (together "Allergan") and Medytox, Inc. ("Medytox") (together "Appellants") respectfully move this Court pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27 for leave to file Appellants' Opposition to Emergency Motion for Interim Stay and Partial Opposition to Emergency Motion to Intervene ("Opposition"), in response to the Court's Order (ECF 10) requesting briefing on the issues raised in those motions, out of time.  Due to technical errors described below, the public version of the Opposition was filed three minutes after the deadline and the confidential version of the Opposition was served twelve minutes after – and filed fifteen minutes after – the deadline.

Pursuant to the Court's February 14, 2021 Order (ECF 10), Appellants' responses to Daewoong Pharmaceutical Co., Ltd. ("Daewoong") and Evolus, Inc.'s ("Evolus") Emergency Motion for Leave to Intervene and Emergency Motion for Interim Stay were due by 12:00 p.m. ET on February 15, 2021.  Appellants made every effort to meet this deadline set by the Court, but unfortunately, due to technical errors explained below, ultimately filed the public version of their Opposition at 12:03 p.m. ET and the confidential version of their Opposition at 12:15 p.m. ET.

Appellants encountered the following technical error:  Through the course of converting the Opposition to the correct format for filing, certain fields (and information within those fields) in the Table of Contents became corrupted.  This,

in turn, created issues with uploading the documents on the PACER system. Appellants corrected these technical issues sufficient to allow the document to be successfully uploaded and filed through PACER, although errors continued to be present in the Table of Contents. In addition, after filing, Appellants noticed that an incorrect Certificate of Interest was appended to the Confidential version. Although these errors were non-substantive, and in an abundance of caution, Appellants filed a Notice of Correction and corrected public and confidential versions of its Opposition by 2:16 p.m. ET, pursuant to Federal Circuit Rule 32. (ECF Nos. 17, 18, 19).

Counsel for Evolus, Daewoong, and Appellee received, via ECF, the public version with no more than ten words redacted, when it was filed at 12:03 p.m. ET. Recognizing that the technical error was further delaying Appellants' ability to file the confidential version, Appellants separately served by email (pursuant to prior written agreement) the confidential version and a courtesy copy of the previously filed public version on Counsel for Evolus, Daewoong, and Appellee at 12:12 p.m. ET (i.e., nine minutes after the public version was served via ECF and three minutes before the confidential version was able to be filed on PACER).

Appellants apologize for their error and submit that good cause exists to grant this Motion. Counsel for Appellants worked diligently to meet a tight deadline set by the Court regarding an emergency motion and worked to serve their briefs on

Counsel for Evolus, Daewoong, and Appellee as quickly as possible after discovering the technical error, resulting in only a three-minute delay of filing and service of the public version and a twelve minute delay in service of the confidential version.

Counsel for Daewoong, Evolus, and Appellee have stated that they consent to the relief requested and do not believe they suffered any prejudice.

Dated:  February 15, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

 By: */s/ Jeffrey T. Thomas (with permission)*

Jeffrey T. Thomas
Joshua A. Jessen
Jennifer J. Rho
**Gibson, Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 551-3967
Fax: (949) 451-4220
AllerganITC3359@gibsondunn.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ David H. Herrington*

David H. Herrington
Joon H. Kim
Arminda B. Bepko
Charity E. Lee
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Team-ITC-Medytox-1145@cgsh.com

Mark A. Perry
Brian M. Buroker
Haley S. Morrisson
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8541
Fax: (202) 467-0539
AllerganITC3359@gibsondunn.com

Michael Sitzman
**DLA PIPER LLP**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 615-6175
michael.sitzman@us.dlapiper.com

*Counsel for Petitioners-Appellants*
*Allergan Limited and Allergan, Inc.*

Nowell D. Bamberger
**Cleary Gottlieb Steen & Hamilton LLP**
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1500
Fax:  (202) 974-1999
Team-ITC-Medytox-1145@cgsh.com

*Counsel for Petitioner-Appellant*
*Medytox, Inc.*

# CERTIFICATE OF SERVICE

I, David H. Herrington, certify that on February 15, 2021, a copy of the foregoing was served on the following in the manner so indicated:

| | |
|---|---|
| Houda Morad<br>Sidney Rosenzweig<br>Office of General Counsel<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436 | *Via E-mail (by written agreement):*<br>Houda.Morad@usitc.gov<br>Sidney.Rosenzweig@usitc.gov<br>337litigation@usitc.gov |
| *Counsel for Daewoong Pharmaceuticals Co., Ltd.*<br><br>David F. Nickel (*Lead Attorney*)<br>FOSTER, MURPHY, ALTMAN &<br>NICKEL, PC<br>1150 18th St., NW<br>Washington, D.C. 20036<br>Telephone:  (202) 822-4104 | *Via E-mail (by written agreement):*<br>FM-Daewoong-<br>1145@fostermurphy.com |
| *Counsel for Daewoong Pharmaceuticals Co., Ltd.*<br><br>Thomas C. Goldstein<br>GOLDSTEIN & RUSSELL, P.C.<br>7475 Wisconsin Ave.<br>Suite 850<br>Bethesda, MD 20814 | *Via E-mail (by written agreement):*<br>tgoldstein@goldsteinrussell.com |
| *Counsel for Daewoong Pharmaceuticals Co., Ltd.*<br><br>Michael Kim<br>Benjamin J. A. Sauter<br>Benjamin Sirota<br>Jeffrey Newton | *Via E-mail (by written agreement):*<br>KK-Daewoong-<br>1145@kobrekim.com |

| | |
|---|---|
| 800 3rd Avenue<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br><br>Daniel Zaheer<br>150 California St.<br>San Francisco, CA 94111<br>Telephone: (415) 582-4800<br>Fax: (415) 582-4811<br><br>Won Joon Lee<br>Daniel Lee<br>9F, Tower B, The-K Twin Towers<br>50, Jong-ro l-gil, Jongno-gu<br>Seoul, 03142 South Korea<br>Telephone: +82 2-369-1212<br>Fax: +82 2-369-1220<br><br>Matthew Boucher<br>1919 M. Street, NW<br>Washington, D.C. 20036<br>Telephone: (202) 664-1950<br>Fax: (202) 664-1920<br><br>Matthew I. Menchel<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 967-6100<br>Fax: (305) 967-6120 | |
| *Counsel for Evolus, Inc.*<br><br>Nicholas Groombridge (*Lead Attorney*)<br>Joseph J. Bial<br>Josephine Young<br>Ariane Rockoff-Kirk | *Via E-mail (by written agreement):*<br>grp-evolus-itc@paulweiss.com |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY<br>Telephone:  (212) 373-3000 | |
| *Counsel for Allergan Limited and Allergan, Inc.*<br><br>Brian M. Buroker (*Lead Attorney*)<br>Mark A. Perry<br>Haley Morrisson<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8500<br><br>Jeffrey T. Thomas<br>Joshua A. Jessen<br>Jennifer J. Rho<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br><br>Soolean Choy<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br><br>Nathan R. Curtis<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue<br>Dallas, TX 75201-6912<br>Telephone: (214) 698-3100<br><br>Michael Sitzman<br>DLA PIPER LLP<br>555 Mission Street, Suite 2400 | *Via E-mail (by written agreement):*<br>AllerganITC3359@gibsondunn.com<br>michael.sitzman@us.dlapiper.com |

San Francisco, California 94105-2933
Telephone: (415) 615-6175

Dated:    February 15, 2021          */s/ David H. Herrington*

David. H. Herrington
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1.    This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 534 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 27(d).

2.    This document complies with the typeface and the type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6), as the text appears in 14-point Times New Roman font, a proportionally spaced typeface.

Dated:  February 15, 2021

Respectfully submitted,

*/s/ David H. Herrington*
David. H. Herrington
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

*Counsel for Petitioner-Appellant Medytox, Inc.*